IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

FREDERICK P. SCHNEIDER,

    Plaintiff,

v.

TOWN OF CAMPBELL, ANDREW J. GAVRILOS, ADAM BREIDEL, MICHAEL VALENCIA, COUNTY OF LA CROSSE, and JORDAN SCHALLER,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 16-cv-208-jdp

This action came before the court for consideration with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Town of Campbell, Andrew J. Gavrilos, Adam Breidel, Michael Valencia, County of La Crosse, and Jordan Schaller and against plaintiff Frederick P. Schneider granting defendants' motions for summary judgment and dismissing this case.

s/ K. Frederickson, Deputy Clerk      December 29, 2017
Peter Oppeneer, Clerk of Court      Date